**Opinion issued May 18, 2021**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

## NO. 01-21-00241-CV

———————————

## IN RE BRIAN DUANE NOEL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Brian Duane Noel, has filed a petition for writ of mandamus requesting that we compel the district court to hold a hearing and rule on post-trial motions purportedly filed by relator.[1] We deny the petition.

---

[1]   The underlying case is *Brian Duane Noel v. OakBend Medical Center, et al.,* cause number 19-DCV-265821 in the 458th District Court of Fort Bend County, Texas, the Honorable Robert Rolnick presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.